# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Rodney Ryan, Jill Ryan, and Fortune & McGillis, SC ) | |
| *Appellants* ) | |
| v. ) | Civil Action No. 2:21-cv-00449-BHL |
| Branko Prpa MD LLC ) | |
| *Appellee* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  the bankruptcy court's decision, orders, and judgment are AFFIRMED and the case is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Brett H. Ludwig  on appeal.

Date:  March 2, 2022

*CLERK OF COURT*

*Kristine B.*, Deputy Clerk
*Signature of Clerk or Deputy Clerk*