# HUSCH BLACKWELL

Lindsey M. Greenawald
Attorney

511 North Broadway, Suite 1100
Milwaukee, WI 53202
Direct: 414.978.5536
Fax: 414.223.5000
Lindsey.Greenawald@huschblackwell.com

February 16, 2023

**VIA ELECTRONIC FILING**
Honorable Brett Ludwig
Gina M. Colletti
United States District Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 362
Milwaukee, Wisconsin 53202

      Re:    Ryan et al v. Branko PRPA MD LLC
                Eastern District of Wisconsin Case No. 2:21-cv-00449

Dear Judge Ludwig and Ms. Colletti:

      We write regarding the order, filed as ECF No. 27 regarding appellee's proposed Bill of Costs.

      While plaintiffs-appellants have failed to comply with that order to promptly notify the court in writing that there are no objections to the proposed costs filed by defendant-appellant on January 24, 2023 as ECF No. 26, they have not timely filed any objections. As a result, it is appellee's position that there are no objections and all costs are immediately due and payable.

                                        Very truly yours,

                                        s/Lindsey M. Greenawald

                                        Lindsey M. Greenawald

LMG

cc:    Claire A. Richman (via ECF)
        Timothy H. Posnanski (via ECF)
        Bruce G. Arnold (via ECF)